IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV -1  A 10: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AARON LEE JONES, | * |
| Plaintiff, | * |
| v. | * |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, | * |
| GRANTT CULLIVER, Warden, Holman Correctional Facility, and | * |
| OTHER UNKNOWN EMPLOYEES AND AGENTS, Alabama Department of Corrections, | * |
| Individually, and in their official capacities. | * |
| Defendants. | * |

Case No. 2:06CV986-MHT

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama for Civil and Criminal Cases (effective January 1, 1998), Vincent R. FitzPatrick, Jr., of the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 (telephone: 212-819-8200; facsimile: 212-354-8113) respectfully moves for admission *pro hac vice* for purposes of appearing as counsel on behalf of Aaron Lee Jones herein, in the above-styled case only, and in support thereof states as follows:

1. The undersigned is admitted to practice before the United States District Court for the Southern District of New York, which is the district in which he regularly practices law. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

2. Contemporaneously with the filing of this request, the undersigned has provided the Court with the requisite fee in the total amount of $20.00.

                Respectfully submitted,

                _/s/ Vincent R. Fitzpatrick, Jr._
                VINCENT R. FITZPATRICK, JR.
                White & Case LLP
                1155 Avenue of the Americas
                New York, NY 10036
                (212) 819-8200 (telephone)
                (212) 354-8113 (facsimile)
                vfitzpatrick@whitecase.com

October 30, 2006           Counsel for Plaintiff

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____VINCENT R. FITZPATRICK_____, Bar # _____VF2907_____

was duly admitted to practice in this Court on

___OCTOBER 31st, 1972___, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York           on    OCTOBER 23rd, 2006

**J. MICHAEL McMAHON**
Clerk

by: _____[signature]_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AARON LEE JONES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. _____ |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Vincent R. FitzPatrick, Jr., counsel for Aaron Lee Jones, for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this ____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA