IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AARON LEE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv986-MHT |
| | ) | |
| RICHARD ALLEN, | ) | |
| Commissioner, Alabama | ) | |
| Department of Corrections, | ) | |
| in his individual and | ) | |
| official capacities, and | ) | |
| GRANT CULLIVER, Warden, | ) | |
| Holman Correctional | ) | |
| Facility, in his individual | ) | |
| and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (doc. nos. 2, 3, and 4) are granted.

DONE, this the 6th day of November, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**