**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Allen,
Commissioner
Alabama Dept of
Corrections
301 S. Ripley Street
P.O. Box 301501
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jay P. Hype
☑ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06cv986-MHT

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0003 7489 3125

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540