## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:06-cv-986-MHT-TFM |
| | ) |
| RICHARD ALLEN and, | ) |
| GRANTT CULLIVER, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING**

Defendants Richard Allen and Grantt Culliver, through counsel, hereby give notice that the Alabama Supreme Court has set May 3, 2007, as the execution date for Aaron Lee Jones. That order, which is filed with this notice, was entered on February 26, 2007.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

**CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of February, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7423
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us

IN THE STATE OF ALABAMA
February 26, 2007

1860415

Ex parte Aaron Lee Jones. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Aaron Lee Jones v. State of Alabama) (Blount Circuit Court: 06-87; Criminal Appeals).

<u>CORRECTED ORDER</u>

The State of Alabama having filed a motion to set an execution date, and the same having been submitted and duly considered by the Court, it is considered that the motion to set an execution date is due to be granted.

IT IS NOW ORDERED that Thursday, May 3, 2007, be fixed as the date for the execution of the convict, Aaron Lee Jones, who is now confined in the William C. Holman Unit of the Prison System at Atmore, Alabama.

IT IS, THEREFORE, ORDERED that the Warden of the William C. Holman Unit of the prison system at Atmore in Escambia County, Alabama, execute the order, judgment and sentence of law on May 3, 2007, in the William C. Holman Unit of the prison system, by the means provided by law, causing the death of such convict.

IT IS FURTHER ORDERED that the Marshal of this Court shall deliver, within five (5) days from this date, a certified copy of this order to the Warden of the William C. Holman Unit of the prison system at Atmore, in Escambia County, Alabama, and make due return thereon to this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this order to the following: the Governor of Alabama, the Clerk of the Court of Criminal Appeals, the Attorney General of Alabama, the Commissioner of the Alabama Department of Corrections, the attorney of record for Aaron Lee Jones and the Clerk of the Circuit Court of Blount County, Alabama by United States mail, postage prepaid.

\* \* \* \* \* \* \* \*

I, Robert G. Esdale, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true and correct copy of the judgment and order of the Supreme Court of Alabama directing the execution of the death sentence of Aaron Lee Jones as the same appears of record in this Court.

Given under my hand and the seal of this Court on this date, February 26, 2007.



_____
Robert G. Esdale
Clerk
Supreme Court of Alabama