IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,              )
                              )
    Plaintiff,                )
                              )
                              )       CIVIL ACTION NO.
    v.                        )         2:06cv986-MHT
                              )
RICHARD ALLEN, et al.,        )
                              )
    Defendants.               )
```

ORDER

The court has received notice (doc. no. 14) that plaintiff Aaron Lee Jones will be executed on May 3, 2007. Accordingly, so that this court, the appellate courts, and the defendants can be prepared to address the stay issues, and so that this court and the appellate courts will each, in turn, have reasonably sufficient time to resolve the stay issue in a timely manner and thereby avoid, as much as is reasonably possible, a last-minute rush, it is ORDERED that plaintiff Jones file with this court, on or before March 5, 2007, at 9:00 a.m.,

notice indicating (1) whether he will seek a stay of execution and (2), if so, when he intends to file a motion for a stay with a supporting brief and evidentiary materials.

It is further ORDERED that an on-the-record status conference is set for March 6, 2007, at 8:30 a.m. to discuss the notice. The defendants are to arrange for the conference to be conducted by telephone.

DONE, this the 1st day of March, 2007.

                                           /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**