IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:06-cv-986-MHT-TFM |
| | ) |
| RICHARD ALLEN and, | ) |
| GRANTT CULLIVER, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW the undersigned, James R. Houts, and enters his appearance as counsel for the State of Alabama in the above-styled cause.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL


        <u>/s/ James R. Houts</u>
        James R. Houts
        Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of March, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

    /s/ James R. Houts  
    James R. Houts  
    Assistant Attorney General

OF COUNSEL:  
Office of the Attorney General  
11 South Union Street  
Montgomery, AL 36130  
(334) 242-7355  
(334) 353-3637 Fax  
jhouts@ago.state.al.us

2