# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   <u>MYRON H. THOMPSON,</u>   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED <u>March 6, 2007</u>              AT  8:35   A.M./P.M.

DATE COMPLETED <u>March 6, 2007</u>              AT  9:00   A.M./P.M.

AARON JONES                                  Civil Action
     plaintiff                            2:06-cv-986-MHT
        VS.

RICHARD ALLEN  et al.
     defendant

---

| <u>PLAINTIFF(S)</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| Atty Heather K. Mcdevitt | X | Atty James Houts |
| Atty Stephanie L. Cohen | X | Atty James W. Davis |
| Atty Vincent Fitzpatrick, Jr. | X | |
| | X | |
| | X | |

---

### COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

### PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:          ON-THE-RECORD STATUS CONFERENCE


8:35 a.m.                      Status conference commenced re Motion to Stay
                               to be filed by plaintiff. Court inquires
                               parties as to how the case should proceed
                               regarding the filing of the motion to stay.
                               Plaintiffs' state that the motion to stay
                               will be filed on 3/9/07 with a brief and all
                               supporting materials. Plaintiff states the
                               issues to resolve in stay as stated on the
                               record. Plaintiff request outstanding
                               discovery from the defendants and request for
                               hearing. Order to issue that all outstanding
                               discovery is due to the plaintiff by 3/9/07
                               with the plaintiff to file the motion to stay
                               by 3/14/07 and response due from defendants'
                               by 3/21/07, Court will decide after this time
                               if a hearing is necessary.
9:00 a.m.                      Hearing concluded.