# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AARON LEE JONES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv986-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

Based on the representations made during the on-the-record conference call today, it is ORDERED as follows:

(1) The defendants are to produce all outstanding discovery materials to plaintiff by 5:00 p.m. on March 9, 2007.

(2) Plaintiff is allowed until March 14, 2007, to file his motion for a stay of execution.

(3) The defendants are allowed until March 21, 2007 to file their response.

At that point the court will determine what to do next, including whether to order an evidentiary hearing.

DONE, this the 6th day of March, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE