**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                      TELEPHONE (334) 954-3600

March 6, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Aaron Lee Jones vs. Richard Allen, et al**
**Case Number: 2:06cv986-MHT**
**Pleading : #21- Order**

**Notice of Correction is being filed this date to advise that the referenced order was docketed on 3/6/07 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

Based on the representations made during the on-the-record conference call today, it is ORDERED as follows:

(1) The defendants are to produce all outstanding discovery materials to plaintiff by 5:00 p.m. on March 9, 2007.

(2) Plaintiff is allowed until March 14, 2007, to file his motion for a stay of execution.

(3) The defendants are allowed until March 21, 2007 to file their response.

At that point the court will determine what to do next, including whether to order an evidentiary hearing.

DONE, this the 6th day of March, 2007.

                               /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE