IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv986-MHT |

AGREED ORDER PERMITTING DEFENDANTS' DISCLOSURE OF
PROTECTED HEALTH INFORMATION UNDER HIPAA

In accordance with 45 C.F.R. § 164.512(e), enacted pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the parties in the above-titled action, by their attorneys, hereby stipulate and agree that Requests 70 and 71 of the plaintiff's First Request for the Production of Documents dated January 9, 2007 seek information that is confidential pursuant to HIPAA. As information responsive to said requests is confidential pursuant to HIPAA, disclosure

will be conducted pursuant to the following terms, restrictions, and conditions:

    1.   Information responsive to said requests shall be deemed confidential and disclosed only in accordance with the agreed confidentiality order entered by this court on December 27, 2006.

    2.   Within 60 days of the termination of this action, plaintiff's counsel shall return to the defendants all protected health information disclosed in response to said requests (including all copies made) or provide the defendants satisfactory assurances that all such information has been destroyed.

    3.   Such information shall be used solely for the purpose of litigating this action.

    It is so ORDERED that the joint motion (doc. no. 19) is granted as set forth above.

    DONE, this the 8th day of March, 2007.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**
**/s/ Heather K. McDevitt**

**VINCENT R. FITZPATRICK, JR.**
**HEATHER K. McDEVITT**
**STEPHANIE COHEN**
Bar Numbers (SDNY): VF2907; HM9973; SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com


**/s/ James W. Davis**

TROY KING (KIN047)
Attorney General
J. CLAYTON CRENSHAW (CRE007)
Assistant Attorney General
JAMES W. DAVIS (DAV103)
Assistant Attorney General
JAMES R. HOUTS
Assistant Attorney General
Counsel for Defendants

Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8440
ccrenshaw@ago.state.al.us
jimdavis@ago.state.al.us