IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:06cv986-MHT |

ORDER

It is ORDERED that the defendants' motion for judgment on the pleadings and alternative motion for summary judgment (doc. no. 24) are set for submission, without oral argument, on March 27, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 13th day of March, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE