IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-986-MHT-TFM |
| | ) |
| RICHARD ALLEN and, | ) |
| GRANTT CULLIVER, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING**

Defendants Richard Allen and Grantt Culliver, through counsel, hereby give notice that the Alabama Supreme Court has denied Aaron Lee Jones' Motion to Vacate Execution Date Order. The Alabama Supreme Court order, which is attached as Exhibit "A", was entered on March 15, 2007.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of March, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7423
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us

2

# Exhibit A
(Ala. Sup. Court Order dated 3/15/07)

Attach to:   Defendants' Notice of Filing

Dated:       March 16, 2007

Re:          Jones v. Allen, et al
             2:06-cv-986-MHT-TFM

IN THE SUPREME COURT OF ALABAMA
March 15, 2007

1860415

Ex parte Aaron Lee Jones. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Aaron Lee Jones v. State of Alabama) (Blount Circuit Court: CC-79-093; Criminal Appeals: 6 Div. 87).

ORDER

The petitioner's motion to vacate the order setting the date of his execution having been filed and duly submitted to the Court,

IT IS ORDERED that the motion to vacate is denied.

See, Lyons, Stuart, Smith, Bolin, and Parker,, JJ., concur.

Woodall, and Murdock, JJ., dissent.

Cobb, C.J., recuses.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 15th day of March, 2007

Robert G. Esdale, Sr. /MO
Clerk, Supreme Court of Alabama