IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the defendants' motion for enlargement of time to respond (doc. no. 31) is set for on-the-record oral argument on March 20, 2007, at 2:00 p.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

It is further ORDERED that plaintiff Aaron Lee Jones is to file a response to the motion by 10:00 a.m. on March 20, 2007.

DONE, this the 19th day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**