IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL. ACTION NO. 2:06-CV-986-MHT-TFM |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review of the Plaintiff's *Motion for Order to Show Cause* (Doc. #32, filed March 19, 2007), and supporting exhibits filed in support thereof, it is hereby

**ORDERED**

1. That Defendants show cause in writing no later than 4:30 p.m. on Friday, March 23, 2007, why certain documents listed on Defendants' privilege log should not be produced to the Plaintiff on an expedited basis; and

2. That Plaintiff's reply, if any, be filed no later than 4:30 p.m. on Monday, March 26, 2007.

DONE this   day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE