IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,              )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     2:06cv986-MHT
                              )
RICHARD ALLEN, et al.,        )
                              )
    Defendants.               )
```

ORDER

Based on the representations made during the on-the-record conference call today, it is ORDERED as follows:

(1) The defendants' motion for enlargement of time to respond (doc. no. 31) is denied.

(2) Plaintiff's motion for a discovery deadline (doc. no. 36) is granted to the extent that the final deadline for discovery on all matters relating to the May 3, 2007 execution date (including plaintiff's motion for stay of execution (doc. no. 26) and the defendants' motion for judgment on the pleadings and alternative motion for

summary judgment (doc. no. 24)) is March 27, 2007.  All matters relating to what discovery material must be produced, and how, are referred to the magistrate judge.

DONE, this the 20th day of March, 2007.

                                                    /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE