IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL. ACTION NO. 2:06-CV-986-MHT-TFM |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In order to facilitate the parties' compliance with the schedule established in the District Court's Order regarding pending motions and discovery (Doc. #37, filed March 20, 2007), and after consultation with the respective parties to this matter, it is hereby

**ORDERED**

1. That Defendants show cause in writing no later than 4:30 p.m. on Wednesday, March 21, 2007, why certain documents listed on Defendants' privilege log should not be produced to the Plaintiff on an expedited basis;

2. That Plaintiff's reply be filed no later than 4:30 p.m. on Thursday, March 22, 2007; and

3. That Defendants' reply, if any, be filed no later than 4:30 p.m. on Friday, March 23, 2007.

DONE this 21st day of March, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE