# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☑ *Northern*     ☐ *Southern*     ☐ *Eastern*

| | | |
|---|---|---|
| HON. ___Terry Moorer___ | AT ___Montgomery___ | , Alabama |
| DATE COMMENCED ___3/23/2007___ | @ ___11:08___ | ☑ a.m. ☐ p.m |
| DATE COMPLETED ___3/23/2007___ | @ ___11:44___ | ☑ a.m. ☐ p.m |

CASE NO. ___2:06cv986-MHT___

AARON LEE JONES                    VS.                RICHARD ALLEN, ET AL.
*Plaintiff(s)*                                        *Defendant(s)*

## APPEARANCES

*Plaintiff(s)/Government*                             *Defendant(s)*

Vincent Fitzpatrick                                  James C. Crenshaw

## COURT OFFICIALS PRESENT:

| | |
|---|---|
| *Ctrm Clerk:* ___S. Q. Long, Jr.___ | *Crt Rptr:* _____ |
| *Law Clerk:* ___Linda Bulls___ | *Interpreter :* _____ |
| *USPO/USPTS:* _____ | *Other:* _____ |

## PROCEEDINGS:

☑ **Motion Hearing** : PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE [Doc. 32]

☐ **Status Conference**      ☑ **Oral Argument**           ☐ **Evidentiary Hrg.**
☐ **Revocation**             ☐ **Scheduling Conf.**        ☐ **Show Cause**
☐ **Settlement Conference**  ☑ **Telephone Conf.**         ☐ **Sentencing**
☐ **Non-Jury Trial**         ☐ **Revocation/Prtrl/SupvRel/Prob**
☐ **Other** _____

☐
### Pretrial Conference

Pending Motions: _____

Discovery Status _____     Plea Status _____

Trial Status/Length _____     Trial Term: _____

11:08 am          Tele conference commenced. Oral argument held.

11:44 am          Court is recessed.