IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-986-MHT-TFM |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

James R. Houts, undersigned counsel, hereby gives notice of intent to withdraw as counsel for Defendants as undersigned will be leaving the Office of the Attorney General to become Senior Assistant District Attorney for the 19th Judicial Circuit. The Defendants will continue to be represented by J. Clayton Crenshaw and James W. Davis.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL


        /s/ James R. Houts
        JAMES R. HOUTS (HOU016)
        ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of March, 2007, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

/s/ James R. Houts
JAMES R. HOUTS
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7355
(334) 353-3637 Fax
jhouts@ago.state.al.us