IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


AARON LEE JONES,                )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )          2:06cv986-MHT
                                )
RICHARD ALLEN, et al.,          )
                                )
        Defendants.             )


ORDER

It is ORDERED that plaintiff Aaron Lee Jones's motion

for leave to file a reply memorandum in support of his

motion for a stay of execution (doc. no. 52) is granted.

DONE, this the 28th day of March, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE