IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

|  |  |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the defendants' supplement in opposition to Jones's motion for a stay of execution (doc. no. 51) is treated as also a motion for leave to file such, and said motion is granted.

DONE, this the 28th day of March, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE