IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,              )
                              )
     Plaintiff,               )
                              )
                              )    CIVIL ACTION NO.
     v.                       )      2:06cv986-MHT
                              )
RICHARD ALLEN, et al.,        )
                              )
     Defendants.              )
```

### ORDER

It is ORDERED that the notice of withdrawal (doc. no. 50) is treated as a motion to withdraw and said motion is granted.

DONE, this the 28th day of March, 2007.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE