IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

Upon consideration of the defendants' objection to the part of the magistrate judge's March 23 order requiring certain depositions (doc. no. 59), it is ORDERED that plaintiff Aaron Lee Jones show cause, if any there be, in writing by March 30, 2007 at 12:00 noon Central Daylight Time, as to why said objection should not be sustained.

DONE, this the 29th day of March, 2007.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE