IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11287-P

_____

IN RE:

RICHARD F. ALLEN

Petitioner.

-------------------------

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Alabama

-------------------------

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 2 6 2007
THOMAS K. KAHN
CLERK

ORDER:

Through a petition for writ of mandamus filed with the Court this date, Petitioner asks this Court to compel the District Court to vacate in part its March 23, 2007, Order, in which the District Court directed Petitioner to arrange for the telephonic depositions of the members of the execution team. Said depositions are to be completed no later than March 27, 2007.

Petitioner also asks this Court to stay that portion of the District Court's Order pending resolution of this petition. Petitioner's request is GRANTED to the extent that the depositions are hereby STAYED pending further order of this Court.

Respondent is directed to file a response to this petition by 5:00 p.m. E.S.T. on March 28, 2007.

The District Court is invited to file a response to this petition within the same time period.

_____
UNITED STATES CIRCUIT JUDGE