IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AARON LEE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv986-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff Aaron Lee Jones's motion for leave to file a response to the defendants' supplement in opposition to Jones's motion for a stay of execution (doc. no. 65), it is ORDERED that the defendants show cause, if any there be, in writing by April 5, 2007 at 9:00 a.m. Central Daylight Time, as to why said motion should not be granted.

DONE, this the 4th day of April, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　UNITED STATES DISTRICT JUDGE