IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES,          ) | |
|                           ) | |
|    Plaintiff,             ) | |
|                           ) | CIVIL ACTION NO. |
|    v.                     ) | 2:06cv986-MHT |
|                           ) | |
| RICHARD ALLEN, et al.,    ) | |
|                           ) | |
|    Defendants.            ) | |

**ORDER**

So as to preserve for appeal certain documents claimed as privileged by the defendants, and viewed by this court and the magistrate judge <u>in camera</u>, the clerk of the court is DIRECTED to scan such documents and place the scanned copies under seal to be viewed only by this court or the court of appeals, unless either court orders otherwise.

The documents now in the possession of the court are being returned to defense counsel.

DONE, this the 4th day of April, 2007.

                 /s/ Myron H. Thompson
           **UNITED STATES DISTRICT JUDGE**