IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )        2:06cv986-MHT
                              )
RICHARD ALLEN, et al.,        )
                              )
    Defendants.               )
```

ORDER

It is ORDERED the following matters are set for on-the-record oral argument on April 10, 2007, at 10:00 a.m.:

(1) The defendants' motion for judgment on the pleadings and alternative motion for summary judgement regarding the statute of limitations (doc. no. 24).

(2) Plaintiff Aaron Lee Jones's motion for stay of execution (doc. no. 26).

(3) The defendants' objection to the part of the magistrate judge's order requiring certain depositions (doc. no. 59).

Prior to the oral argument, the court would like to have the following materials:

(1) A copy of the old execution protocol with a list of the changes;

(2) A list of the questions counsel for Jones intends to ask EMT-1 and EMT-2 should the defendants' objection be overruled; and

(3) A list of the questions counsel for Jones intends to ask DOC-1 and DOC-2 should the defendants' objection be overruled.

The parties should also be prepared to address the following questions:

(1) How the deposition of Warden Culliver either indicates or obviates the need to depose EMT-1, EMT-2, DOC-1, or DOC-2;

(2) Whether the declaration of Dr. Heath, or any other evidence in the record, specifically identifies what about the tasks of EMT-1 and EMT-2 require specialized training or expertise beyond the general

qualifications of a licensed paramedic EMT in the State of Alabama; and

(3) Whether the declaration of Dr. Heath, or any other evidence in the record, specifically identifies what about the tasks of DOC-1 and DOC-2 requires specialized training or expertise beyond the ability to follow the instructions provided in the written execution protocol.

Counsel for plaintiff is to arrange for the argument to be conducted by telephone.

DONE, this the 5th day of April, 2007.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**