IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES,            ) | |
|     Plaintiff,            ) | |
|                     ) | CIVIL ACTION NO. |
|    v.            ) | 2:06cv986-MHT |
|                     ) | |
| RICHARD ALLEN, et al.,        ) | |
|     Defendants.            ) | |

**ORDER**

There being no response from the defendants to the court's order to show cause why plaintiff Aaron Lee Jones's motion for leave to file a response (doc. no. 65) should not be granted, it is ORDERED that said motion is granted.

DONE, this the 5th day of April, 2007.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**