IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that plaintiff Aaron Lee Jones's motion for _in camera_ inspection and alternative motion for an order precluding disclosure of plaintiff's planned questions of certain witnesses (doc. no. 73) are set for on-the-record oral argument on April 10, 2007, at 10:00 a.m.

Counsel for plaintiff Jones are to arrange for the argument to be conducted by telephone.

DONE, this the 9th day of April, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE