**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 10, 2007

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style: Aaron Jones vs. Richard Allen, et al**
**Case Number: 2:06cv986-MHT**

**Pleading : #77 - Plaintiff's Response to Order in Regard to Possible Questions Upon Deposition Testimony**

**Notice of Correction is being filed this date to advise that the referenced pleading was entered on the docket on 4/9/2007 with the wrong pdf document attached to the main document.**

**This pdf. has been corrected and placed under seal.**