IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE

So that the parties may make appropriate preparations, the court gives NOTICE that it hopes to have a decision in this case by Tuesday, April 17, 2007, unless the parties are otherwise notified.

DONE, this the 11th day of April, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**