IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv986-MHT |
| ) | |
| RICHARD ALLEN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| in his individual and ) | |
| official capacities, and ) | |
| GRANTT CULLIVER, Warden, ) | |
| Holman Correctional ) | |
| Facility, in his individual ) | |
| and official capacities, ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED that plaintiff Aaron Lee Jones's motion for leave to file a supplemental authority (doc. no. 83) is granted.

DONE, this the 17th day of April, 2007.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE