IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,                )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:06cv986-MHT
                                )
RICHARD ALLEN,                  )
Commissioner, Alabama           )
Department of Corrections,      )
in his individual and           )
official capacities, and        )
GRANTT CULLIVER, Warden,        )
Holman Correctional             )
Facility, in his individual     )
and official capacities,        )
                                )
    Defendants.                 )
```

ORDER

In light of the opinion and judgment entered today, it is ORDERED that the defendants' objection to the part of the magistrate judge's March 23 order requiring certain depositions (doc. no. 59) is overruled as moot.

DONE, this the 17th day of April, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE