IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON LEE JONES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:06cv986-MHT |

### ORDER

Upon consideration of plaintiff Aaron Lee Jones's motion to alter or amend judgment (doc. no. 90), it is ORDERED that the defendants show cause, if any there be, in writing by April 20, 2007, at 2:00 p.m. as to why said motion should not be granted.

DONE, this the 19th day of April, 2007.

           /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**