UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

File No. 2:06-cv-986-MHT-TFM

AARON LEE JONES, )
)
      Plaintiff, )
)
v. ) Notice of Appeal
)
RICHARD ALLEN, et al., )
)
      Defendants. )

Notice is hereby given that AARON LEE JONES, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered in this action denying plaintiff's motion for stay of execution on the 17th day of April 2007, and as clarified by the District Court on the 20th day of April 2007.

Dated: April 20, 2007

VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

NEWYORK 6066219 v1 (2K)