IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,                )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         2:06cv986-MHT
                                )
RICHARD ALLEN,                  )
Commissioner, Alabama           )
Department of Corrections,      )
in his individual and           )
official capacities, and        )
GRANT CULLIVER, Warden,         )
Holman Correctional             )
Facility, in his individual     )
and official capacities,        )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that plaintiff's request for an in-camera inspection and alternative motion for order precluding disclosure (doc. no. 73) are denied as moot.

DONE, this the 22nd day of March, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE