IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LEE JONES,                )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:06cv986-MHT
                                )
RICHARD ALLEN,                  )
Commissioner, Alabama           )
Department of Corrections,      )
in his individual and           )
official capacities, and        )
GRANT CULLIVER, Warden,         )
Holman Correctional             )
Facility, in his individual     )
and official capacities,        )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by June 1, 2007, as to why this cause should not be dismissed.

DONE, this the 22nd day of March, 2007.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE